UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

Plaintiff,

-against-

EQUIFAX, INC., et al.,

Defendants.

25-CV-6635 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Fifth Third Bank's motion to dismiss the complaint. Dkt. 16. To date, no response has been filed. If no response is submitted by November 12, 2026, the Court will evaluate the motion without any response. Defendant should serve plaintiff with this Order by mail or email.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge